1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASON SMITH, | |
|---|---|
| Plaintiff, | Case No. 19-02119 BLF (PR) |
| v. | **ORDER TERMINATING MOTION AS MOOT** |
| DR. LAW FU, et al., | |
| Defendants. | |
| | (Docket No. 32) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against employees at the Correctional Training Facility in Soledad. Plaintiff filed a request for a copy of the "civil docket sheet" in this matter. (Docket No. 32.) The docket reflects that the clerk responded to this request and sent a copy of the docket to Plaintiff on March 3, 2020. Accordingly, the Clerk shall terminate the motion as moot.

**IT IS SO ORDERED.**

**Dated:** March 4, 2020

BETH LABSON FREEMAN
United States District Judge

Order Terminating Docket
PRO-SE\BLF\CR.19\02119Smith_term.docket