UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DR. LAW FU, et al.,<br><br>    Defendants. | Case No. 19-02119 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 35) |

Plaintiff, a state prisoner at the Correctional Training Facility ("CTF") in Soledad, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CTF personnel. On October 10, 2019, the Court issued an order of service directing Defendants to file a dispositive motion.[1] (Docket No. 6.) On February 10, 2020, Defendants filed a motion for summary judgment. (Docket No. 29.) Plaintiff has filed a motion for a stay which the Court construes a request for an extension of time to file an opposition. (Docket No. 35.) Plaintiff's motion is **GRANTED**. Plaintiff is granted an extension of time of twenty-eight days, such that his opposition is due **no later than April 9, 2020**.

---

[1] Plaintiff filed notice that he wished to proceed solely on the Eighth Amendment claim and strike a deficient First Amendment retaliation claim from the complaint. (see Docket Nos. 4, 5.)

Defendants' reply shall be filed no later that fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 35.

**IT IS SO ORDERED**

Dated: __March 16, 2020__

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Opposition
PRO-SE\BLF\CR.19\02119Smith_eot_opp to MSJ