UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DR. LAW FU, et al.,<br><br>    Defendants. | Case No. 19-02119 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF JUDGMENT; ENTERING JUDGMENT IN FAVOR OF DEFENDANT KOWALL**<br><br>(Docket No. 53) |

On August 28, 2020, the Court granted Defendant Mark G. Kowall's motion for summary judgment and dismissed the claims against him with prejudice. Dkt. No. 51. Defendant Kowall requests entry of judgment pursuant to Federal Rule of Civil Procedure 58(d). Dkt. No. 53.

Rule 54(b) provides that when multiple parties are involved in an action, "the court may direct entry of final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54)b). Although the action is still pending against one remaining defendant, the Court finds there is no just reason for delay in entering judgment in favor of Defendant Kowall at this time. Accordingly, the request is GRANTED. Dkt. No. 53.

All claims against him having been dismissed with prejudice, judgment is entered in

favor of Defendant Kowall and against Plaintiff.

This order terminates Docket No. 53.

**IT IS SO ORDERED.**

Dated:  __September 22, 2020_____

                                            BETH LABSON FREEMAN
                                            United States District Judge

Order Entering Judgment in Favor of Def. Kowall
PRO-SE\BLF\CR.19\02119Smith_judgment.Kowall