1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    JASON SMITH,

12                 Plaintiff,                     Case No. 19-02119 BLF (PR)

13          v.                                    **ORDER DIRECTING PLAINTIFF
                                                  TO PROVIDE MORE
14    DR. RACHEL ROSS, et al.,                    INFORMATION FOR UNSERVED
                                                  DEFENDANT RACHEL ROSS**
15                 Defendant.

16

17          Plaintiff, a state prisoner at the Correctional Training Facility ("CTF") in Soledad,

18    filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CTF

19    personnel.  After an initial review, the Court found the complaint stated a cognizable claim

20    under the Eighth Amendment for deliberate indifference to serious medical needs.  Dkt.

21    No. 4.  Plaintiff has filed notice that he wishes to proceed solely on the Eighth Amendment

22    claim.  Dkt. No. 5.

23          On October 23, 2019, the document mailed to the only remaining Defendant, Dr.

24    Rachel Ross, was returned unexecuted.  Dkt. No. 14.   The mail to Defendant specifically

25    indicates that she is "no longer with CTF." *Id*.  Although a plaintiff who is incarcerated

26    and proceeding *in forma pauperis* may rely on service by the Marshal, such plaintiff "may

27    not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a

28    Order Directing Plaintiff to Provide More Information for Unserved Defendants
      PRO-SE\BLF\CR.19\2119Smith_2nd.moreinfo

United States District Court
Northern District of California

United States District Court
Northern District of California

1   plaintiff should request service upon the appropriate defendant and attempt to remedy any

2   apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110

3   (5th Cir. 1987).

4         On November 18, 2019, the Court issued an order directing Plaintiff to provide

5   more information for Defendant Ross.  Dkt. No. 16.  On December 2, 2019, Plaintiff

6   responded with an address for Defendant Ross in Rancho Cordova.  Dkt. No. 20.  On

7   September 22, 2020, the Court issued a summons and directed the Marshal to serve the

8   complaint on Defendant Ross at the address provided by Plaintiff.  Dkt. No. 55.  When

9   there was no response, the Court ordered personal service on Defendant Ross on May 7,

10  2021.  Dkt. No. 58.  On July 29, 2021, the summons was returned as unexecuted as to

11  Defendant Ross, with a notation, "Wrong address, Suite 210 is empty office space."  Dkt.

12  No. 62.

13        Plaintiff's complaint has been pending for over 90 days, and thus, absent a showing

14  of "good cause," claims against Defendant Ross are subject to dismissal without prejudice.

15  *See* Fed. R. Civ. P. 4(m).  Plaintiff must remedy the situation by providing more

16  information regarding Defendant Ross' current whereabouts or face dismissal of his claims

17  against this Defendant without prejudice.  *See Walker v. Sumner*, 14 F.3d 1415, 1421-22

18  (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be

19  dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with

20  sufficient information to effectuate service).

21        For the foregoing reasons, the Court orders Plaintiff to file a notice providing the

22  Court with more information regarding the current whereabouts for **Defendant Dr. Rachel**

23  **Ross such** that the Marshal can effect service.  If Plaintiff fails to provide the Court with

24  the information requested **within twenty-eight (28) days** of the date this order is filed,

25  Plaintiff's claim against Defendant Ross shall be dismissed without prejudice pursuant to

26  Rule 4(m) of the Federal Rules of Civil Procedure.

27  Order Directing Plaintiff to Provide More Information for Unserved Defendant
    PRO-SE\BLF\CR.19\2119Smith_2nd.moreinfo

28

United States District Court
Northern District of California

1

2

3        **IT IS SO ORDERED.**

4    Dated:  _**August 26, 2021**_____

     BETH LABSON FREEMAN
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Order Directing Plaintiff to Provide More Information for Unserved Defendant
     PRO-SE\BLF\CR.19\2119Smith_2nd.moreinfo

28