UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. RACHEL ROSS, et al.,<br><br>　　　　Defendant. | Case No. 19-02119 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action with respect to Defendant Ross is **DISMISSED** without prejudice.  Judgment is entered accordingly.

The Clerk shall terminate any pending motions and close this action.

**IT IS SO ORDERED.**

Dated:  __October 18, 2021___

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.19\2119Smith_judgment